# BEST LUCKY INTERNATIONAL ENTERPRISE CORP.

## INVOICE          EXHIBIT 1

INVOICE NO: M1504006      Date : Apr. 02, 2015

INVOICE of: AS BELOW

For account and risk of Messrs.: THE BATTERY EXPERTS

7801 Alma Drive Ste. 105-#100 Plano, TX 75025   TEL: 214-213-0592

Shipped by: BEST LUCKY INTERNATIONAL ENTERPRISE CORP.     Per: OOCL TAIPEI V.002E

Sailing on or about: Apr. 08, 2015     From: Hochiminh, Vietnam     To: DES MOINES, U.S.A.

| | ITEM NO. / DESCRIPTION | | QUANTITY | | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | **MOTORCYCLE BATTERY** | | | | FOB VIETNAM (SEA) | | |
| | P/I NO. UR-BE1502 | | | | | | |
| | P/O NO. CA0002 | | | | | | |
| | (M1504006) | | | | | | |
| | "EVERLAST" BRAND | | | | | | |
| 1 | CHD4-12 | 813791020641 | 36 | PCS | USD 28.04 | USD | 1,009.44 |
| 2 | CB12A-A | 813791020009 | 72 | PCS | USD 13.94 | USD | 1,003.68 |
| 3 | CB14-A2 | 813791020023 | 72 | PCS | USD 16.05 | USD | 1,155.60 |
| 4 | CB14A-A2 | 813791020030 | 540 | PCS | USD 15.72 | USD | 8,488.80 |
| 5 | CB16AL-A2 | 813791020054 | 96 | PCS | USD 17.62 | USD | 1,691.52 |
| 6 | CB16CL-B | 813791020061 | 636 | PCS | USD 20.53 | USD | 13,057.08 |
| 7 | C50-N18L-A | 813791020078 | 64 | PCS | USD 20.88 | USD | 1,336.32 |
| 8 | CB30CL-B | 813791020085 | 64 | PCS | USD 28.54 | USD | 1,826.56 |
| 9 | CTX4L-BS | 813791020092 | 324 | PCS | USD 8.10 | USD | 2,624.40 |
| 10 | CTX5L-BS | 813791020108 | 648 | PCS | USD 9.85 | USD | 6,382.80 |
| 11 | CTX7A-BS | 813791020115 | 216 | PCS | USD 10.72 | USD | 2,315.52 |
| 12 | CTX7L-BS | 813791020122 | 270 | PCS | USD 10.72 | USD | 2,894.40 |
| 13 | CTX9-BS | 813791020139 | 432 | PCS | USD 12.09 | USD | 5,222.88 |
| 14 | CTX12A-BS | 813791020207 | 72 | PCS | USD 15.17 | USD | 1,092.24 |
| 15 | CTX12-BS | 813791020214 | 360 | PCS | USD 15.10 | USD | 5,436.00 |
| 16 | CTX14-BS | 813791020221 | 1,260 | PCS | USD 16.05 | USD | 20,223.00 |
| 17 | CTX14AH-BS | 813791020238 | 288 | PCS | USD 17.98 | USD | 5,178.24 |
| 18 | CTX16CL-B-BS | 813791020269 | 180 | PCS | USD 25.76 | USD | 4,636.80 |
| 19 | CTX20HL-BS | 813791020283 | 520 | PCS | USD 24.84 | USD | 12,916.80 |
| 20 | CTX30L-BSA | 813791020306 | 144 | PCS | USD 39.28 | USD | 5,656.32 |
| | TOTAL FOB AMOUNT............. | | 6,294 | PCS | | USD | 104,148.40 |

SAY TOTAL US DOLLARS ONE HUNDRED FOUR THOUSAND ONE HUNDRED FORTY-EIGHT AND CENTS FORTY ONLY.

**REMARK:**
(1) PAYMENT: T/T 60 DAYS AFTER BILL OF LADING DATE.
(2) THIS PAYMENT IS DUE ON **Jun 06, 2015**

# BEST LUCKY INTERNATIONAL ENTERPRISE CORP.

## INVOICE

INVOICE NO: M1504006                                              Date : Apr. 02, 2015

(3) SHIP TO:   THE BATTERY EXPERTS
               2620 E. University
               Des Moines, IA 50317
               Attention: Terry

"PRODUCT COMPLIES TO STANDARDS ENFORCED BY CPSC,

A COPY OF THE CERTIFICATION IS AVAILABLE http://www.yacht-battery.com/dw/03_gcc.pdf"

**SHIPPING MARKS:**

M1504006

PO-CA0002

DES MOINES

P/NO.1-40

MADE IN VIETNAM

BEST LUCKY INTERNATIONAL ENTERPRISE CORP.

_____
VICE PRESIDENT