**BEST LUCKY INTERNATIONAL ENTERPRISE CORP.**

**INVOICE**      **EXHIBIT 2**

INVOICE NO: M1504007      Date : Apr. 07, 2015

INVOICE of: AS BELOW

For account and risk of Messrs.: THE BATTERY EXPERTS

7801 Alma Drive Ste. 105-#100 Plano, TX 75025    TEL: 214-213-0592

Shipped by: BEST LUCKY INTERNATIONAL ENTERPRISE CORP.      Per: COSCO OCEANIA V.042E

Sailing on or about: Apr. 12, 2015      From: Hochiminh, Vietnam      To: SPRINGFIELD, IL, U.S.A.

| # | ITEM NO. / DESCRIPTION | | QUANTITY | | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | MOTORCYCLE BATTERY | | | | DDP SPRINGFIELD(SEA) | | |
| | P/I NO. UR-BE1503 | | | | | | |
| | P/O NO. CA0003 | | | | | | |
| | (M1504007) | | | | | | |
| | "EVERLAST" BRAND | | | | | | |
| 1 | CB14L-A2 | 813791020047 | 180 | PCS | USD | 15.16 | USD 2,728.80 |
| 2 | C50-N18L-A | 813791020078 | 96 | PCS | USD | 20.88 | USD 2,004.48 |
| 3 | CTX9-BS | 813791020139 | 216 | PCS | USD | 12.09 | USD 2,611.44 |
| 4 | CTX12-BS | 813791020214 | 180 | PCS | USD | 15.10 | USD 2,718.00 |
| 5 | CTX20HL-BS | 813791020283 | 104 | PCS | USD | 24.84 | USD 2,583.36 |
| 6 | CTX30L-BSA | 813791020306 | 72 | PCS | USD | 39.28 | USD 2,828.16 |
| 7 | CTX14-BS | 813791020221 | 180 | PCS | USD | 16.05 | USD 2,889.00 |
| | | | | | SUB TOTAL... USD | | 18,363.24 |
| | | | | | ADD OCEAN FREIGHT SURCHARGE | | 2,317.00 |
| | | | | | ADD 4% DUTY AND CUSTOM CLEARANCE FEE | | 734.53 |
| | | | | | ADD INSURANCE | | 12.12 |
| | | | 1,028 | PCS | TOTAL AMOUNT | | 21,426.89 |
| | | | VVVVV | VVVV | | | VVVVVVVV |

SAY TOTAL US DOLLARS TWENTY-ONE THOUSAND FOUR HUNDRED TWENTY-SIX AND CENTS EIGHTY-NINE ONLY.

**REMARK:**
(1) PAYMENT: T/T 60 DAYS AFTER BILL OF LADING DATE.
(2) THIS PAYMENT IS DUE ON **Jun 10, 2015**
(3) THIS ORDER WILL BE SHIPPED TOGETHER WITH STAAB IN 1 X 20' CONTAINER TO SPRINGFIELD, USA.
     PLEASE INSTRUCT YOUR TRUCKER TO PICK UP THIS ORDER (7 PALLETS) FROM SPRINGFIELD, USA TO YOUR WAREHOUSE.
(4) DOOR DELIVER TO: STAAB BATTERY MFG. CO., INC.
         931 SOUTH 11TH STREET SPRINGFIELD, ILLINOIS 62703
         TEL.:1-217-5280421   FAX.:1-217-5282030

"PRODUCT COMPLIES TO STANDARDS ENFORCED BY CPSC,
A COPY OF THE CERTIFICATION IS AVAILABLE http://www.yacht-battery.com/dw/03_gcc.pdf"

**SHIPPING MARKS:**
M1504007
PO-CA0003
DES MOINES
P/NO.14-20
MADE IN VIETNAM          BEST LUCKY INTERNATIONAL ENTERPRISE CORP.

                                               *Sally Lee*