# BEST LUCKY INTERNATIONAL ENTERPRISE CORP.

## INVOICE

**EXHIBIT 3**

INVOICE NO: M1505034  Date : May 11, 2015

INVOICE of: AS BELOW

For account and risk of Messrs.: THE BATTERY EXPERTS

7801 Alma Drive Ste. 105-#100 Plano, TX 75025   TEL: 214-213-0592

Shipped by: BEST LUCKY INTERNATIONAL ENTERPRISE CORP.   Per: HANJIN NAMU V.0005E

Sailing on or about: May 15, 2015   From: Hochiminh, Vietnam   To: DES MOINES, U.S.A.

| | ITEM NO. / DESCRIPTION | | QUANTITY | | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | **MOTORCYCLE BATTERY** | | | | FOB VIETNAM (SEA) | | |
| | P/I NO. UR-BE1504 | | | | | | |
| | P/O NO.CA0005 | | | | | | |
| | (M1505034) | | | | | | |
| | "EVERLAST" BRAND | | | | | | |
| 1 | CTX14-BS | 813791020221 | 2,520 | PCS | USD | 16.05 | USD 40,446.00 |
| 2 | CTX5L-BS | 813791020108 | 1,296 | PCS | USD | 9.85 | USD 12,765.60 |
| 3 | CB14A-A2 | 813791020030 | 900 | PCS | USD | 15.72 | USD 14,148.00 |
| 4 | CTX9-BS | 813791020139 | 648 | PCS | USD | 12.09 | USD 7,834.32 |
| 5 | CTX4L-BS | 813791020092 | 648 | PCS | USD | 8.10 | USD 5,248.80 |
| 6 | CTX7A-BS | 813791020115 | 648 | PCS | USD | 10.72 | USD 6,946.56 |
| 7 | CTX12-BS | 813791020214 | 540 | PCS | USD | 15.10 | USD 8,154.00 |
| 8 | CTX30L-BSA | 813791020306 | 288 | PCS | USD | 39.28 | USD 11,312.64 |
| 9 | CB16CL-B | 813791020061 | 480 | PCS | USD | 20.53 | USD 9,854.40 |
| 10 | CTX14AH-BS | 813791020238 | 288 | PCS | USD | 17.98 | USD 5,178.24 |
| 11 | CB14L-A2 | 813791020047 | 180 | PCS | USD | 15.16 | USD 2,728.80 |
| 12 | CTX14AHL-BS | 813791020245 | 144 | PCS | USD | 17.76 | USD 2,557.44 |
| 13 | CTX20HL-BS | 813791020283 | 104 | PCS | USD | 24.84 | USD 2,583.36 |
| 14 | CB14-A2 | 813791020023 | 180 | PCS | USD | 16.05 | USD 2,889.00 |
| 15 | CT14B-BS | 813791020160 | 360 | PCS | USD | 18.44 | USD 6,638.40 |
| 16 | CT12B-BS | 813791020153 | 360 | PCS | USD | 17.34 | USD 6,242.40 |
| 17 | CB12C-A | 813791020016 | 360 | PCS | USD | 14.92 | USD 5,371.20 |
| 18 | CTX30CL-B-BS | 813791020313 | 144 | PCS | USD | 43.39 | USD 6,248.16 |
| 19 | CTX16CL-B-BS | 813791020269 | 288 | PCS | USD | 25.76 | USD 7,418.88 |
| | TOTAL FOB AMOUNT............. | | 10,376 | PCS | | | USD 164,566.20 |
| | | | VVVV | VVVV | | | VVVV VVVVVVVV |

SAY TOTAL US DOLLARS ONE HUNDRED SIXTY-FOUR THOUSAND FIVE HUNDRED SIXTY-SIX AND CENTS TWENTY ONLY.

REMARK:

(1) PAYMENT: T/T 60 DAYS AFTER BILL OF LADING DATE.

(2) THIS PAYMENT IS DUE ON **July 13, 2015**

# BEST LUCKY INTERNATIONAL ENTERPRISE CORP.

## INVOICE

INVOICE NO: M1505034                           Date : May 11, 2015

(3) SHIP TO:   THE BATTERY EXPERTS
               1800 Dixon Street
               Des Moines, IA 50316
               Attention: Terry

"PRODUCT COMPLIES TO STANDARDS ENFORCED BY CPSC,

A COPY OF THE CERTIFICATION IS AVAILABLE http://www.yacht-battery.com/dw/03_gcc.pdf"

**SHIPPING MARKS:**

M1505034

PO-CA0005

DES MOINES

P/NO.1-60

MADE IN VIETNAM

BEST LUCKY INTERNATIONAL ENTERPRISE CORP.

*[signature]*

VICE PRESIDENT