# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| BEST LUCKY INTERNATIONAL ENTERPRISE CORP., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Case No.: 4:17-CV-581-ALM-KPJ |
| THE BATTERY EXPERTS, LLC, | § § § | |
| Defendant. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 27, 2017, the report of the Magistrate Judge (Dkt. #10) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Default Judgment (Dkt. #9) be granted and default judgment be entered in favor of Plaintiff Best Lucky International Enterprise Corp., and against Defendant The Battery Experts, LLC. *See* Dkt. #10.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Plaintiff's Motion for Default Judgment (Dkt. #9) is **GRANTED** and a final default judgment shall be entered for Plaintiff.

**IT IS SO ORDERED**.
SIGNED this 17th day of January, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE