# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| BEST LUCKY INTERNATIONAL ENTERPRISE CORP., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Case No.: 4:17-CV-581-ALM-KPJ |
| THE BATTERY EXPERTS, LLC, | § § § | |
| Defendant. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 25, 2018, the report of the Magistrate Judge (Dkt. #15) was entered containing proposed findings of fact and recommendations that the parties' Agreed Rule 60 Motion for Relief from Judgment (Dkt. #14) be granted because the judgment, costs, interest, and attorney's fees has been fully satisfied. *See* Dkt. #15 (citing FED. R. CIV. P. 60(b)(5)).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, the parties' Agreed Rule 60 Motion for Relief from Judgment (Dkt. #14) is **GRANTED**, and the Final Default Judgment (Dkt. #12) is **VACATED**.

**IT IS SO ORDERED**.

SIGNED this 15th day of August, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE